UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS ROSE,

        Petitioner,        Case No. 08-10776
                                    Honorable John Corbett O'Meara

v.

BARBARA SAMPSON,

        Respondent,

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court having reviewed the report and recommendation filed May 7, 2010, by Magistrate Judge Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is accepted and adopted as the findings and conclusions of this court.

IT IS FURTHER ORDERED that the petition for writ of habeas Corpus is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: June 16, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 16, 2010, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager